UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 14-3266-DSD-FLN

Federal Home Loan Mortgage Corporation,

            Plaintiff,

v.

Bruce A. Sobotta, Loretta P. Sobotta,
CitiMortgage, Inc., Webster Bank, N.A.,
State of Minnesota, United States of America,

            Defendants,

Wright County,

            Intervenor.

**ORDER**

---

Pursuant to the stipulation entered into by and between Plaintiff Federal Home Loan Mortgage Corporation ("Freddie Mac"), Defendant Bruce A. Sobotta ("Sobotta"), Defendant United States of America (the "IRS"), Defendant CitiMortgage, Inc. ("CitiMortgage"), and Intervenor Wright County, IT IS SO ORDERED:

1. Plaintiff Federal Home Loan Mortgage Corporation is the owner in fee simple of the following property, and Sobotta no longer possesses or claims an interest in the Property other than the right of possession under the terms of the Settlement Agreement:

> Those parts of the Northwest Quarter of the Southeast Quarter, Government Lot 1 and Government Lot 2 of Section 12, Township 122, Range 27, Wright County, Minnesota described as follows: Commencing at the southwest corner of said Government Lot 2; thence on an assumed bearing of South 89 degrees 35 minutes 16 seconds East along the south line of said Government Lot 2, a distance of 66.00 feet to the southeast corner of the West 66.00 feet of said Government Lot 2; thence North 0 degrees 16

minutes 21 seconds East along the east line of said West 66.00 feet of Government Lot 2, a distance of 770.20 feet; thence South 89 degrees 35 minutes 16 seconds East, a distance of 504.02 feet to the point of beginning of the land to be described; thence North 52 degrees 55 minutes 51 seconds East, a distance of 598.89 feet; thence North 23 degrees 37 minutes 46 seconds East, a distance of 1343.84 feet to the southwest line of a township road, thence South 52 degrees 49 minutes 11 seconds East along said southwest line, a distance of 67 .89 feet to point hereinafter referred to as Point A to be described; thence South 23 degrees 37 minutes 46 seconds West, a distance of 1327.94 feet; thence South 42 degrees 49 minutes 49 seconds East, a distance of 957 feet more or less to the shoreline of Fish Lake, thence southwesterly along said shoreline, a distance of 673 feet more or less to the intersection of a line bearing South 42 degrees 49 minutes 49 seconds East from the point of beginning; thence North 42 degrees 49 minutes 49 seconds West, a distance of 925 feet more or less to the point of beginning. Point A is described as follows: Commencing at the northwest corner of said Northwest Quarter of the Southeast Quarter; thence South 89 degrees 29 minutes 39 seconds East along the north line of said Northwest Quarter of the Southeast Quarter, a distance of 1233.52 feet to said southwest line of a township road; thence South 52 degrees 49 minutes 11 seconds East along said southwest line, a distance of 499.89 feet to said Point A.

["16 Acre Parcel" and the "Property"]

2.     The Federal Tax Liens, Wright County Recorder Document Nos. 1178549 and 1178550, are discharged from the above-described 16 Acre Parcel, and the IRS has no claim to, or interest in, the 16 Acre Parcel.

3.     Before recording a deed or other document conveying its interest in the 16 Acre Parcel, Federal Home Loan Mortgage Corporation shall apply to the Wright County Auditor for a combination of the tax parcel identification numbers for the above-described 5 Acre Parcel (tax parcel identification number 204100124300) and 11 Acre Parcel (tax parcel identification number 204100124200), and complete any other documentation or actions that may become necessary to establish that the 16 Acre Parcel

is identified by a single tax parcel identification number.

4. Upon recording of this Order with the Wright County Recorder establishing that the 16 Acre Parcel is owned entirely by Federal Home Loan Mortgage Corporation, the 16 Acre Parcel will be in compliance with all Wright County Zoning Ordinances governing setback and size of accessory buildings and structures.

5. Pursuant to the previously filed stipulation between Plaintiff Federal Home Loan Mortgage Corporation and the State of Minnesota, the State Tax Liens, Wright County Recorder Document Nos. 1185442 and 1195346, have not attached to the 16 Acre Parcel owned by Federal Home Loan Mortgage Corporation under this Order.

6. Except for any claims that Wright County may have with regards to any potential violations of the Minnesota State Building Code, all claims that were or could have been asserted and filed by and between Freddie Mac, Sobotta, the IRS, CitiMortgage, and Wright County in this action are hereby dismissed with prejudice without fees, costs, or disbursements awarded to any party.

7. Defendant Bruce A. Sobotta, Defendant United States of America, Defendant CitiMortgage, Inc., and Intervenor Wright County are hereby dismissed with prejudice without fees, costs, or disbursements awarded to any party.

8. Defendants Loretta P. Sobotta and Webster Bank, N.A. have not appeared in this action or joined in the above-described Stipulation, and therefore Plaintiff's claims against those parties, and those parties themselves, are not dismissed from this action.

Dated: September 21, 2015.

s/David S. Doty
David S. Doty, Judge
United States District Court
